(7 Misc. Rep. 237.)

### HIRT et al. v. VINCENT et al.

(City Court of New York, General Term. February 8, 1894.)

NEGOTIABLE INSTRUMENTS—BONA FIDE PURCHASERS.
 One who discharges a lien on land in consideration of a note is a bona fide holder.

Appeal from trial term.

Action by August T. Hirt and others against Passie M. Vincent, impleaded, etc. From a judgment entered on a verdict in favor of plaintiffs, defendant Vincent appeals. Affirmed.

Argued before EHRLICH, C. J., and VAN WYCK and FITZSIMONS, JJ.

Johnston & Johnston, for appellant.

J. P. Campbell, for respondents.

EHRLICH, C. J. The plaintiff discharged a lien which he had on certain real estate, in consideration of the note in suit, and thereby became a bona fide holder of said note, and there was no defense to the same in his hands. The proofs as to the diligence in serving the notice of protest went to the jury, who found for the plaintiff on evidence satisfactorily sustaining the conclusion reached. There is no merit in the appeal, and the judgment must be affirmed, with costs. All concur.